# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**HARRY RUSSELL PENNINGTON**                                         **PLAINTIFF**

**v.**           **CASE NO. 4:17-CV-00279 BSM**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## ORDER

The recommended disposition [Doc. No. 11] submitted by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful and independent review of the record, the recommended disposition is adopted in its entirety. Accordingly, the commissioner's decision is affirmed, and this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE