## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**HARRY RUSSELL PENNINGTON**                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:17-CV-00279 BSM**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                             **DEFENDANT**

### <u>JUDGMENT</u>

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of April 2018.


_____
UNITED STATES DISTRICT JUDGE